Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

_Southern_ District of _Mississippi_

_Northern_ Division



SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
JAN - 9 2023
ARTHUR JOHNSTON
BY_____ DEPUTY

FRANK SIVORI, 35659
_____
_Plaintiff(s)_
_(Write the full name of each plaintiff who is filing this complaint._
_If the names of all the plaintiffs cannot fit in the space above,_
_please write "see attached" in the space and attach an additional_
_page with the full list of names.)_

-v-

MANAGEMENT & TRAINING CORPORATION
_____
_Defendant(s)_
_(Write the full name of each defendant who is being sued. If the_
_names of all the defendants cannot fit in the space above, please_
_write "see attached" in the space and attach an additional page_
_with the full list of names. Do not include addresses here.)_

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _3:23-CV-16-KHJ-MTP_

_(to be filled in by the Clerk's Office)_

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                                 FRANK SIVORI

All other names by which
you have been known:

ID Number                            35659

Current Institution                  EAST MISSISSIPPI CORRECTIONAL FACILITY

Address                              10641 HY 80 WEST

MERIDIAN            MS      39307
City                State      Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                                 MANAGEMENT + TRAINING CORPORATION

Job or Title *(if known)*            CONTRACTED PRIVATE PRISON (MISSISSIPPI)

Shield Number

Employer                             EAST MS CORRECTIONAL FACILITY/(MS DEPT OF CORR)

Address                              301 NORTH LAMAR STREET

JACKSON            MS      39201
City                State      Zip Code

[ ] Individual capacity   [X] Official capacity

Defendant No. 2

Name                                 DONALD JACKSON

Job or Title *(if known)*            WARDEN - EAST MS CORR FACILITY

Shield Number

Employer                             MANAGEMENT + TRAINING CORPORATION

Address                              500 NORTH MARKET PLACE, DRIVE 1

CENTERVILLE        UTAH     84014
City                State      Zip Code

[X] Individual capacity   [X] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name            JEREMY ANDREWS
    Job or Title *(if known)*    DEPUTY WARDEN OF PROGRAMS
    Shield Number
    Employer       MANAGEMENT + TRAINING CORPORATION
    Address        500 NORTH MARKET PLACE, DRIVE 1
                  CENTERVILLE      UTAH     84014
                            *City*         *State*     *Zip Code*
                  ☑ Individual capacity    ☒ Official capacity

Defendant No. 4
    Name            YOLANDA AUSTIN
    Job or Title *(if known)*    MDOC CONTRACT MONITOR
    Shield Number
    Employer       MISSISSIPPI DEPARTMENT OF CORRECTIONS
    Address        301 NORTH LAMAR STREET
                  JACKSON       MS     39201
                            *City*         *State*     *Zip Code*
                  ☒ Individual capacity    ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

        ☐ Federal officials (a *Bivens* claim)

        ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

~~████████████████~~ & RELIGIOUS LAND USE INSTITUTIONALIZED PERSONS ACT

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant No. 5

Ms Smith
Food Service / E.M.C.F.
Management + Training Corporation
500 North Market Place - Drive 1
Centerville, UTAH, 84014
Individual and Official Capacity

Defendant No. 6

Ms Byrde
Food Service / E.M.C.F.
Management + Training Corporation
500 North Market Place, Drive 1
Centerville, UTAH, 84014
Individual + Official Capacity

Defendant No. 7

Chris
Food Service / E.M.C.F
Management + Training Corporation
500 North Market Place - Drive 1
Centerville, UTAH, 84014
Individual and Official Capacity

B.    Defendants (Cont.)

_N/A_

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_SEE ATTACHED II 'D'_

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*

## IV.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

_EAST MS CORR. INST,    9TH MONTH, 2021 through PRESENT DAY_

## II. D. CONT.

M.T.C. is a contract provider for the M.D.O.C. to house MS State prisoners. M.T.C. is bound by the U.S. Constitution, MS State Constitution, Federal and State court rulings, and M.D.O.C. Policy. Sivori is a prisoner of MS State, is a U.S. citizen, housed in an M.T.C. facility known as East MS Correctional Facility (E.M.C.F.) which is governed by Federal and State law. M.T.C./E.M.C.F. are the legal caretakers of Sivori and are failing to properly supervise their Employees in their caretaking duties towards Sivori.

Warden Donald Jackson, E.M.C.F. has direct on site command of E.M.C.F. for M.T.C. As such he controls the operation of E.M.C.F. Warden Jackson has been appraised of Sivori's constitutionally protected Right of worship from almost day one of his assuming control of E.M.C.F. From that time until the present, Sivori has made known to him the continual improprieties regarding his diet. As the overseer of E.M.C.F. he is derelict in his duty toward Sivori by refusing to correct his and his subordinates actions of failing to provide Sivori with his Kashrut sustenance, per court order, contract, and the U.S. Constitution. All of this after many letters of complaint and A.R.P.'s

Deputy Warden Programs Jeremy Andrews is in charge of the purchasing of Kashrut food product, and has been instrumental in the conception of this Kashrut diet. He has been placed on notice

## II. D. CONT.

Many times that there are major problems with Sivori receiving his diet and he has continually failed to correct this, after many letters of complaint and A.R.P.'s.

M.D.O.C. Contract Monitor Yolanda Austin is responsible to M.D.O.C., and Sivori to implement and enforce the U.S Constitution, State and Federal laws and M.D.O.C. policy. By not enforcing Sivori's Right of Kasheut diet, She is in violation of R.U.I.L.P.A. and M.D.O.C. policy.

Food Service Managers Smith, Byrde, and Chris are employed by MTC/E.M.C.F. as Food Service providers, and have been informed Religiously of Sivori's Kasheut diet and orders of court to provide such. They refuse to honor this diet after many letters of complaint and A.R.P.'s

All the Defendant's in one form or another, at one time or another have failed in the following ways to fulfill the dietary requirements of Sivori's court sanctioned religious diet of Kasheut.

1. Issued or allowed to be issued spoilt fruit and vegetables.

## II. D. CONT.

2 Failed to issue cereal, salt, bread, milk, honey, fruit, and vegetables.

3. Have not issued vegetables in the manner of variety,

4. Issued sustenance in wrong amount.

5. Issued incorrect salt and honey.

The loss of even one food product is detrimental to my health. A continual loss on a daily basis can be astronomical. See enclosed document M.T.C./E.M.C.F. Daily Diet Log - Frank Sivori, 35659, Ex. A·4.

The confiscation of Sivori's overstock which he tries to maintain for the numerous times MTC/EMCF fails to provide the kashrut sustenance, or for the times in which they issue spoilt product.

Amazingly, when Sivori obtains fresh produce and fruit, a great many times he is able to keep it fresh longer than MTC/EMCF can in its storage area.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.      What date and approximate time did the events giving rise to your claim(s) occur?

9TH MONTH, 2021 through PRESENT DAY

D.      What are the facts underlying your claim(s)? *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

SEE ATTACHED IV, D

## V.      Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.



N/A

## VI.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

SEE ATTACHED VI

# IV. D. CONT.

In 2008, Sivori started his conversion process to the Hebrew Israylite Faith. This Faith follows the principles of the Torah / Tanakh / B'rit milah.

Due to opposition from the M.D.O.C., Sivori had to file a civil action in Sivori v Sparkman, et al., 4:10cv08 MPM/SAA and Sivori v Fisher, et al., 4:16cv74 MPM/JMV. Both resulted in a settlement.

In the month of 2021, Sivori was transferred to East MS Correctional Facility (E.M.C.F.) in Meridian, MS, a M.T.C. prison contractor. Sivori immediately requested that M.T.C. honor the contractual agreement between Sivori and the M.D.O.C. regarding his Kashrut diet. He was flat out denied this diet repeatedly.

Sivori filed suit in State court and a Settlement Agreement was reached which states in part; ' The M.T.C. would continue to honor the Agreement between Sivori and the M.D.O.C. for as long as it was in effect.' Sivori v M.T.C., et al., 21 cv 139 (BB).

As M.T.C. refuses to honor the Settlement Agreement between Sivori and the M.D.O.C. he must now seek refuge in the Federal Court system.

## IV. D. CONT.

On 16.09.2021, Sivori filed an A.R.P. regarding his Kashrut diet.

On 25.09.2021, Sivori resubmitted Kashrut diet A.R.P.

On 28.09.2021, Inmate Request Form about Kashrut diet to: Warden, Chaplain, Medical, Unit Manager, Case Manager, Programs Director.

On 05.10.21, Inmate Request Form about Kashrut diet to: Warden, Chaplain, Medical, Unit Manager, Case Manager, Programs Director.

On 11.10.2021, Letter to Ms Laura Reid, Food Service Director, M.D.O.C. about Kashrut diet.

On 20.11.2021, Letter to Warden Jackson, E.M.C.F. About Kashrut diet.

On 20.11.2021, Letter to Chaplain about Kashrut diet.

On 23.11.2021, Letter of Annexation served upon Warden Jackson, and M. Lee, Interim Chaplain, with copies to Brittney S. Eakins, S.A.A.G. and Kenneth Walley, Attorney, Civil Litigation Division.

IV. D. CONT.

On 04.12.2021, Letter to Brittney Eakins, S.A.A.G. informing her of civil action taken by Sivori in Sivori v MTC, et al., 21.cv 139 (BB) about Kashrut diet.

On 12.12.2021, Inmate request, Chaplain Crenshaw about Kashrut diet.

On 17.12.2021, Inmate request, Chaplain Crenshaw about Kashrut diet. Copied to Brittney Eakins, S.A.A.G.

On 02.02.2022, Letter to D.W.P. Andrews about proper preparation of vegetables.

On 06.02.2022, Letter to Steve Griffin, M.T.C. Attorney about implementation of diet.

On 07.02.2022, A.R.P. granting diet.

On 15.02.2022, Letter to Steve Griffin, M.T.C. Attorney offering to negotiate.

On 08.03.2022, Letter to S. Griffin, MTC Atty about spoilt food product.

## IV. D. CONT.

On 05.04.2022, Letter to S. Griffin, M.T.C. Atty. informing him I filed A.R.P. due to E.M.C.F. not supplying Kosher items.

On 17.04.2022, Second letter to S. Griffin M.T.C. Atty. about diet w/copy of A.R.P.

On 19.04.2022, Letter to D.W.P. Andrews About food not AVAILABLE.

On 23.04.2022, Letters to D.W.P. Andrews and E.M.C.F. Food Service About lack of food product, how to store food, and a list of food types allowed.

On 25.04.2022, Letter to S. Griffin, M.T.C. Atty. listing violations of Settlement.

On 31.05.2022, Letters to D.W.P. Andrews and S. Griffin, MTC Atty, about lack of food product variety.

On 17.06.2022, Letter to D.W.P. Andrews offering purchasing suggestions.

On 17.06.2022, Letter to Tom Julian, M.T.C. Attorney complaining E.M.C.F. failing to comply with court directive with copies to

## IV. D. Cont.

D.W.P. Jeremy Andrews and Ms Smith, F.S.M., E.M.C.F.

On 10.07.2022, Notice of failure to comply with court order in Sivori v M.T.C. 21cv 139 (BB) upon Tom Julian, M.T.C. Attorney.

On 10.07.2022, Letters to Warden Jackson and D.W.P. Jeremy Andrews on not receiving diet and Notice of Breach.

On 21.08.2022, Letters to D.W.P. Andrews and Ms Smith, Food Service, E.M.C.F. failure to comply with settlement and included list of Kashrut food items.

On 06.09.2022, A.R.P. about honey not being Kashrut and not in compliance with Sivori v MTC, et al., 21cv 139 (BB). Served upon Food Service Manager Smith, and Cristofer M. Taylor, M.T.C. Attorney.

On 11.09.2022, Letters to Food Service Dietician Chris explaining Ⓤ does not always comply with Torah Kashrut.

On 02.10.2022, Letter to Cristofer Taylor, M.T.C. Atty., D.W.P. Andrews, and Yolanda Austin, MDOC Contract Monitor about Kashrut food deprivation.

-5-

IV. D. CONT.

On 10.10.2022, Letters to D.W.P. Andrews, Yohaba Austin, C.M., MDOC, and Cristofer Taylor, Attorney, about no salt (Kashrut) and problem with honey.

On 13.10.2022 shakdown and stockpiled items were confiscated.

On 14.10.2022, D.W.P. J. Andrews terminated Sivori from his Kashrut diet, with no notice or reason given. The M.T.C. had Agreed to Abide by Agreements Sivori has with M.D.O.C. unless MDOC Agreements were discharged.

Stockpiling will occur for various reasons. The two main ones are: Due to the fact M.T.C. is constantly running out of Kashrut food, when Sivori gets some he will put some aside for the inevitable long stretch rainy day.

The next is the cursed pre packaged meals M.T.C. is supplying that Sivori does not consume. M.D.O.C. and M.T.C. are aware of this fact. Anything approved/certified by a Rabbi is tantamount to the devil blessing it. By Yahweh's Law I Am allowed to give them away, but by M.T.C., if I do so I violate policy.

I cannot throw it away as I would be rejecting And

~6~

## IV. D. CONT.

Abusing Yahweh's blessings to me, And this would be A deliberate sin of wilfulness.

Then I have days of fasting, and days I may not feel well, all of which may lead up to stockpiling.

If I refuse the food, they will say I do not really want a Kashrut diet, and may remove me for rejecting my meals. If I keep them and do not consume them, I am stockpiling. If I give them away I am violating policy. Either way I can't win.

On a continual basis from the 09th month of 2021 through today the MTC/EMCF has either completely failed, or partially failed to meet Sivori's religious Kashrut dietary principles. They have accomplished this by issuing spoilt vegetables and fruit frequently, lacked a variety of fresh vegetables, and quite often (30 or more consequtive days) issued onion and bellpepper (3 servings for lunch and 3 for supper, a total of 6), of which creates an excess on hand. Non Kashrut salt and honey. And these prepackaged meals Sivori does not consume. All of this is not in accord with my previous settlements and violates the R.U.I.L.P.A.

IV. D. CONT.

On 01. 12. 2022, I was issued a monthly Allotment of peanut butter, salt, + dry milk. Was not issued my monthly Allotment of honey. I received a loaf of white bread, cereal, celery, and apple. My meals for this day consisted of the following:

Breakfast - Cereal, milk, apple, two peanut butter sandwiches.
Dinner - Two peanut butter sandwiches, apple, celery, and milk.
Supper - Two peanut butter sandwiches, apple, celery, and milk.

On 02. 12. 2022 meals were:

Breakfast - Cereal, milk, apple, two peanut butter sandwiches.
Dinner - Two peanut butter sandwiches, apple, celery, and milk.
Supper - Two peanut butter sandwiches, apple, celery, and milk.

On 03. 12. 2022 meals were:

Breakfast - Two peanut butter sandwiches, apple, and milk.
Dinner - Two peanut butter sandwiches, apple, and milk.
Supper - Two peanut butter sandwiches, apple, and milk.

On 04. 12. 2022 my meals were:

IV. D. CONT.

Breakfast - Cereal, milk, two peanut butter sandwiches, apple.
Dinner - Two peanut butter sandwiches, milk, apple, celery onion, bell pepper.
Supper - Two peanut butter sandwiches, milk, apple, celery, onion, and bell pepper.

On 06. 13- 2022 meals were:

Breakfast - Cereal, milk apple, two peanut butter sandwiches.
Dinner - Two peanut butter sandwiches, milk, apple, onion, celery,
Supper - Two peanut butter sandwiches, milk apple, onion, celery,

On 07. 13. 2022 meals were:

Breakfast - Cereal, milk, apple, two peanut butter sandwiches,
Dinner - Two peanut butter sandwiches, apple, milk, onion, celery,
Supper - Two peanut butter sandwiches, apple, milk, onion, celery,

On 09. 13. 2022 meals were:

Breakfast - Cereal, milk, two peanut butter sandwiches,
Dinner - Two peanut butter sandwiches, bell pepper, onion, sweet potato.
Supper - Two peanut butter sandwiches, bell pepper, onion, sweet potato.

On 10. 13. 2022 my meals were:

Breakfast - Cereal, milk, two peanut butter sandwiches, apple,
Dinner - Two peanut butter sandwiches, milk, apple, onion, bell pepper,
Supper - Two peanut butter sandwiches, milk, apple, onion, bell pepper,

On 11, 12, 13 · 12 · 2022 My meals were:

Breakfast - Cereal, milk, two peanut butter sandwiches, apple,
Dinner - Two peanut butter sandwiches, milk, apple, onion, bell pepper,
Supper - Two peanut butter sandwiches, milk, apple, onion, bell pepper,

On 14, 15 · 12 · 2022 My meals were:

Breakfast - Two peanut butter sandwiches, milk, cereal, apple,
Dinner - Two peanut butter sandwiches, apple, milk, bell pepper, onion
Supper - Two peanut butter sandwiches, milk, apple, bell pepper, onion.

On 16, 17, 18 · 12 · 2022 my meals were:

Breakfast - Cereal, milk, two peanut butter sandwiches, apple,
Dinner - Two peanut butter butter sandwiches, milk, apple, onion, bell pepper,
Supper - Two peanut butter sandwiches, milk, apple, onion, bell pepper,

IV D. CONT.

ON 19, 20, 21, 22, 23, 24, 25, 26, 27, 28 · 12 · 2022
MY MEALS WERE:

Breakfast - Cereal, milk, two peanut butter sandwiches, Apple.
Dinner - Two peanut butter sandwiches, milk, Apple, onion, bell pepper.
Supper - Two peanut butter sandwiches, milk, Apple, onion, bell pepper.

On 29 · 12 · 2022, MY MEALS WERE: (Down To One Vegetable)

Breakfast - Cereal, milk, two peanut butter sandwiches, Apple
Dinner - Two peanut butter sandwiches, milk, Apple, bell pepper
Supper - Two peanut butter sandwiches, milk, Apple, bell pepper

Continued on page 12 As start of New year 2023.

IV. D, CONT,

2013 YEAR

ON 01.01.2023, I was issued NON. Kashrut salt and a squashed, crushed, oil seeping, open container of peanut butter. I rejected both and returned to Kitchen.

ON 01        • 01. 2023 My meals consisted of:

Breakfast - Cereal, Milk, 4 slices of white bread, Apple,
Dinner - Four slices of white bread, Milk, Apple, onion, bellpepper.
Supper - Four slices of white bread, milk, apple, onion, bellpepper.

On 01. 01. 2023, I refused all meals as was same as on 01.01.2023.

Before actually filing with this Court (Sivori started to on 11TH day of 10TH month 2022), Sivori forwarded to Defendants a copy of his §1983 on that date in an attempt to avoid this litigation. Sivori waited from that time until present (03.01.2023) in an attempt to get the Defendants to improve their behavior. As can be seen they steadfastly refuse to do so, and in fact their behavior has declined in the extreme.

On 03.01.2023, Reissued peanut butter. Still same with onion, bellpepper, and apple.   -12-

# VI. Cont,

To be issued Kashrut food According to the tenets of the Hebrew Torah, And not to be confused with And placed under Any of the many Jewish Talmud ones.

1. True Passover Kashrut salt, 16 ounce container monthly.

2. Pure Raw and Unfiltered honey in a 12 ounce container on a weekly basis.

3. Kashrut peanut butter in An 18 ounce container on a weekly basis.

4. Milk in the amount of 8 ounces thrice daily.

5. A continuous variety of various fresh vegetables and fruit, See attached Exhibits IV. D. - A.1 And A.2.

6. Plain whiting, cod, or tuna fish. Refer Attached A.3 Exhibit.

7. Kashrut cheese And blackstrap molasses,

8. Unbleached natural bread.

## VI. CONT.

9. To be given copies of all documents signed by Sivori in regards to his Kashrut diet.

10. For the Court to retain jurisdiction over this cause of action.

11. For any and all costs retained by Sivori in this action to be reimbursed by the Defendants - filing fees, and postage, and any other incidental costs to Sivori.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

EAST MS CORRECTIONAL FACILITY - MERIDIAN, MS 39307

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

FIRST AMENDMENT + RELIGIOUS LAND USE INSTITUTIONALIZED PERSONS ACT

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes   *THREE TIMES*

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

*EAST MS CORRECTIONAL FACILITY, MERIDIAN, MS, 39307*

2.   What did you claim in your grievance?

*VIOLATION OF CONTRACT, FIRST AMEND + RUILPA*

3.   What was the result, if any?

*FIRST ONE GRANTED*
*E.M.C.F. FAILED TO RESPOND - SECOND + THIRD TIMES*

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

*E.M.C.F. FAILED TO RESPOND - SECOND + THIRD TIMES*

ARP-2

**MISSISSIPPI DEPARTMENT OF CORRECTIONS**
**Administrative Remedy Program**

NUMBER _EMCF- 22 - 01_

## FIRST STEP RESPONSE FORM

Type or use ball point pen. You must return your response to the Legal Claims Adjudicator within 30 days of the date the request was initiated.

TO: _Frank Savori    35659_          _EMCF_

Inmate's Name and DOC#          Housing Unit

FROM: _Chaplain Crenshaw_          _EMCF_

Person to whom 1st Step is Directed          Title/Location

If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Legal Claims Adjudicator within 5 days of your receipt of this decision.

_Medical device your diet due to_
_health concerns_

_Dr. Scott Hoot_          _1/10/22_
Signature          Date

☒ I am not satisfied with this response and wish to proceed to Step Two.
REASON:
_REFER ATTACHED ADDENDUM - EMCF·22·01_

( ) I wish to cancel this complaint. You do not have to return this and time limit will cancel complaint.

_Fred Savon    35659_          _10·01·2021_
Inmate's Signature   DOC#          Date

**Legal Claims Adjudicator - ORIGINAL**

MISSISSIPPI DEPARTMENT OF CORRECTIONS
ADMINISTRATIVE REMEDY PROGRAM
E.M.C.F. 22 · 01
FIRST STEP RESPONSE FORM ADDENDUM

1) You are under contract to M.D.O.C. And by privity to Sivori through the M.D.O.C. By failing to provide the contracted Kashrut diet, you are in breach of the contracts in Sivori v Sparkman, et al, 4:10 cv 08 M/A and Sivori v Fisher, et al, 4:16 cv 74 DMB/JMV.

2) Sivori has no medical concerns with his diet, And up until the day of 10·01·2022, had no idea that medical felt he had one.

3) As medical has not made this known to Sivori, and they have not seen fit to place Sivori on a medical diet, he obviously does not merit a discontinuance of his Hebrew Kashrut diet.

4) Assuming that Sivori has some type of medical problem, it obviously began when MTC, et al, refused to continue his Kashrut diet.

5) MTC et al, had me on a modified Hebrew Kashrut diet

At MTC/MCCF immediately prior to my transfer to MTC/E.M.C.F. And my medical status is the same now as then.

7) A Kashrut diet of fresh fruit, vegetables, raw honey, Kosher Salt, Milk, And peanut butter is not, And never has been detrimental to one's health.

8) As such you are in breach of Garimah, et al., And Fisher et al., both of which require of you to provide Sivari with the Agreed upon Hebrew Kashrut diet, of which I now demand that you provide to me. According to the law of Mississippi.

Submitted by my own hand on 11th day of 01st Month, 2023. 4c$

Frank Sivari
FRANK SIVARI, 35657

Copy: File

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

## EMCF 22-01
## Second Step Response Form

You must respond to the inmate within 45 days of receipt of the appeal of the First Step Response.

Inmate's Name & #: **Frank Savori #35659**
Location:  **EMCF**

From: **Warden D. Jackson**
Title:   **Facility Warden**

---

Your request for Administrative Remedy has been received and reviewed in this office on January 04, 2022 concerning your request for a Kosher diet as agreed in lawsuit.

As stated in your first step response Dr. Crenshaw stated medical denied your diet due to health concerns. After reviewing your complaint, I have determined that you are eligible for your religious diet. Relief granted.

I trust that I have answered your concerns pertaining to your complaint and you consider this matter closed.

_____          *7-3-2022*
Signature                                          Date

---

The above named inmate has fulfilled the requirements of the Administrative Remedy Program and is eligible to seek judicial review within 30 days of receipt of the Second Step Response.

_____          07.02.2022
Inmate's Signature DOC # Date

04. 04. 2022

Frank Sivori, 35659
1/C/ 116 - EMCF.

This Is A Request For Administrative Remedy

On 16.03.2022 Sivori entered into a Settlement Agreement with M.T.C. Agreeing to comply with two Settlements Sivori has with the M.D.O.C, Regarding his Kashrut Sustenance.

Today, before the ink is completely dried on the Agreement the M.T.C. is failing to keep the Agreement.

I am to receive A VARIETY of THREE vegetables for each meal, I am only supplied two and both have been the same - onion + bellpepper. At one point it was straight carrots.

Today, 04-04.2022 the peanut butter portion was pure liquid in form/consistancy. It literally poured out and its coloring was of a light golden brown - mostly oil. Upon return to Kitchen supervisor stated it was peanut butter Oil is not butter.

If M.T.C. fails to comport to their Agreement, Sivori will be compelled to follow-up with a Breach of Contract or/and a Federal

U.S.C. Section 1983 filing with the U.S.D.C. of Mississippi.

Please comply with the Settlement Agreement in Sivori vs M.T.C., et al., 21.cv 139 (BB) - 24.03.2022

Submitted by:

Frank Sivori, 35659
1/C/216/E.M.C.F.
Meridian, MS 39307

Copy: Steven I. Griffin, Attorney
Counsel For Defendants

D.W.P. Jeremy Andrews
E.M.C.F., Meridian, MS

File

06. 09. 2022

FRANK Sivori, 35659
E.M.C.F.
10641 Hy 80 West
Meridian, MS, 39307

Legal Claims Adjudicator
P.O. Box 609
Parchman, MS, 38738

This Is A Request For Administrative Remedy

On 14. 08. 2019 Sivori entered into a Federal Settlement Agreement in Sivori v Fisher, 4:16 cv 74 DPM/JMV which states in part: M.D.O.C. will provide Sivori with pure honey directly from the hive.

Shortly thereafter a foreign invader contaminated the hives, Killing all the queens and decimating the bee farm.

Subsequently Sivori had a sit down with Roger Davis, M.P.A.E Director for the M.D.O.C. and both Agreed to a substitute honey of Raw + Unfiltered, USDA Grade A honey in the interim of MDOC/MPAE reviving the hives to the point of production, at which time the M.D.O.C. would continue to supply Sivori with pure honey directly from the hive.

In the 09th month of 2021, Sivori was transferred to M.T.C./ E.M.C.F., Meridian, MS, where Sivori had to obtain a Settlement Agreement + Release in Sivori v M.T.C., et al., No, 21. cv. 139 (RB) on 24.03. 2022 in which E.M.C.F./M.T.C. Agreed to continue to Abide with Agreement previously reached between Sivori and M.D.O.C. Regarding the provision of food items Required by his Religious diet.

M.T.C./E.M.C.F. Are not complying with the honey per the Agreement. While the quantity is proper, the quality is not. See Attached label.



Although a U.S. Grade A - IT IS NOT RAW + UNFILTERED, As such it does not qualify for My Religious diet Requirements, of Kashrut/Kosher.

-1-

This is in violation of both the original M.D.O.C. Settlement And the M.T.C. settlement with Sivori

Sivori would request that M.T.C. / E.M.C.F. Adhere to their Stipulation in Sivori v M.T.C. et al., 21cv 139 (AB) And provide to Sivori 100% U.S. Grade A Raw + Unfiltered Honey for the Months 07, 08, 09, And to move forward from there, with same.

06. 09. 2022                                    Submitted by:

                                                Frank Sivori, 3659

Copy: File + others

—3—

Certificate Of Service

I, Frank Sivori, 35659 do Affirm that I on the below dates have served by U.S. Mail Postage prepaid a true + correct copy an M.D.O.C. A.R.P. upon the following parties:

Legal Claims Adjudicator
P.O. Box 609
Parchman, MS, 38738

Cristofer M. Taylor, MSB 106343
P.O. Box 1084
Jackson, MS, 39215-1084

A.R.P. - E.M.C.F.
10641 Hy 80 West
Meridian, MS, 39307

Food Service Director Smith
10641 Hy 80 West - EMCF
Meridian, MS, 39307

This the 06TH day of 09 Month, 2022.

Frank Sivori, 35659

-4-

F.  If you did not file a grievance:

  1.  If there are any reasons why you did not file a grievance, state them here:

    N/A _____

  2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    N/A _____

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

    AS OF 09.10.2022, FRANK STUART, 35659
    A.R.P.'S OF 04.04 And 06.09.2022 - RECEIVED NO RESPONSE.

    (Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☒ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

2018 0460 CI - JUDICIAL REVIEW OF A.R.P. NO IFP APPEAL ALLOWED
SO STRIKE APPLIED w/o FULL ACCESS TO COURT SYSTEM

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s)  FRANK STUART

Defendant(s)  EMMETT SPARKMAN, ET AL

2.  Court *(if federal court, name the district; if state court, name the county and State)*

NORTHERN DISTRICT OF MS / GREENVILLE

3.  Docket or index number

4:10 CV 08  MPM/SAA

4.  Name of Judge assigned to your case

MICHAEL P. MILLS

5.  Approximate date of filing lawsuit

6.  Is the case still pending?

☐ Yes

☒ No

If no, give the approximate date of disposition.  22.03.2012

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

AGREED ORDER - FAVOR OF BOTH PARTIES

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
      Plaintiff(s)    FRANK STUART
      Defendant(s)    MARSHALL FISHER, ET AL

2.    Court *(if federal court, name the district; if state court, name the county and State)*

      NORTHERN DISTRICT OF MS / GREENVILLE

3.    Docket or index number
      4:16 cv 74 MPM/JMV

4.    Name of Judge assigned to your case
      MICHAEL P. MILLS

5.    Approximate date of filing lawsuit

6.    Is the case still pending?

      ☐ Yes

      ☑ No

      If no, give the approximate date of disposition    14. 08. 2019

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

      SETTLEMENT AGREEMENT

## VIII. D. CONT

1.

Frank Sivori
Management Training Corporation

2.

Lauderdale County, MS

3.

21 cv 139 (BB) - Complaint

4.

Robert Bailey

5.

16·11·2021

6.

Case Not Pending - 24·03·2022

7.

Settlement Agreement + Release


1.

Frank Sivori
Management + Training Corporation

2.

Lauderdale County, MS

VIII D. CONT.

3.

  21 cv 139 (BB) -

4.

  Robert Bailey

5.

  17 · 05 · 2022

6.

  Not Pending

7

  Combined with Demand For Performance


1

  Frank Sivori
  Management + Training Corporation

2.

  Lauderdale County, MS

3.

  21 cv 139 (BB)

4.

  Robert Bailey

5.

  24 · 09 · 2022

VIII D, CONT,

6,

Not Pending

7,

Demand For Performance dated 13. 10. 2022

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

SWORN TO AND SUBSCRIBED BY ME PURSUANT TO 28 USC § 1746 AS BEING TRUE TO THE BEST OF MY BELIEF AND KNOWLEDGE THE AFOREMENTIONED SECTION 1983 COMPLAINT,

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03-01-2023 fcs

Signature of Plaintiff

Printed Name of Plaintiff  FRANK SIVORI

Prison Identification #  35659

Prison Address  10641 HY 80 WEST

MERIDIAN     MS     39307
City     State     Zip Code

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City     State     Zip Code

Telephone Number

E-mail Address

# CERTIFICATE OF SERVICE

I, Frank Sivori, 35659, pro se, hereby Affirm that I have posted V.I.A. U.S. Mail, And Institutional Hand Mail, postage prepaid a true And correct copy of a § 1983 Civil Rights Complaint on the below listed parties On the 11th day of month 10, 2022:

Management + Training Corporation
% Cristofor M. Taylor, MSB# 106343
Daniel Coker Horton + Bell, P.A., LLC
P.O. Box 1084
Jackson, MS, 39215-1084

Donald Jackson, Warden, E.M.C.F.;
Deputy Warden Jeremy Andrews;
Yolanda Austin, M.D.O.C. Contract Monitor;
Ms Smith, Food Service Manager, E.M.C.F.;
Ms Byrde, Food Service Manager, E.M.C.F.;
Chris (N.L.N.) Dietician, M.T.C.;
All At:
10641 Hy 80 West
Meridian, MS, 39307.

Before actually filing with this Court, Sivori in an Attempt to avoid this litigation waited for a period of time (, 11th day of month 10, 2022 through 03rd day of month 01, 2023) in order to Allow the Defendants to improve on their behavior, yet steadfastly the Defendants behavior has declined in the extreme, so subsequently Sivori has now filed this Complaint with the Court on the following parties on 03rd day of 01st month, 2023:

1 of 2

CERTIFICATE OF SERVICE
CONT,

United States District Court Clerk
501 East Court Street, Suite 2.500
Jackson, MS, 39201 ;

And Again upon:

Management and Training Corporation, LLC, at;
Daniel Coker Horton and Bell, P.A,
c/o Cristofor M. Taylor, MSB# 106343
P.O. Box 1084
Jackson, MS, 39215.1084,

Deputy Warden Jeremy Andrews, E.M.C.F., And!
Other Named E.M.C.F. Defendants
10641 Hy 80 West, E.M.C.F.
Meridian, MS, 39307

By:

Frank Sivori, 3569

Dated: 03.01.2023

2 of 2